UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:24-cv-00130-MCS-SK | Date April 29, 2024 |
| Title *Hills v. State Farm Gen. Ins. Co.* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE AND IMPOSING SANCTIONS**

The Court ordered lead trial counsel to appear at the scheduling conference on April 22, 2024. (*See* Order Setting Scheduling Conference § II(c), ECF No. 12.) Lead counsel for Plaintiff Jermald Hills, Valentina Ambarchyan, did not appear.

The Court orders Plaintiff's counsel to show cause why sanctions should not be imposed for lead counsel's failure to appear at the scheduling conference. Plaintiff's counsel shall file a written response within seven days of this Order. Failure to file a timely and satisfactory response will result in sanctions, such as monetary sanctions or dismissal for failure to prosecute, without further notice.

Further, the Court deems Ms. Ambarchyan's failure to appear at the hearing a violation of Local Rule 7-14 and "willful disobedience of a court order." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 45 (1991) (internal quotation marks omitted); (*see* Initial Standing Order § 2, ECF No. 8 ("Lead trial counsel shall attend any scheduling, pretrial or settlement conference set by the Court unless engaged in trial. . . . The Court expects counsel to appear in person at any hearing.")). The Court imposes sanctions under Local Rule 83-7(b) and its inherent powers. *See Chambers*, 501 U.S. at 45 ("[A] court may assess attorney's fees as a sanction for the willful

disobedience of a court order." (internal quotation marks omitted)). The Court orders Ms. Ambarchyan to pay Defendant the attorney's fees it incurred for its counsel's appearance at the motion hearing. If the parties agree on the measure of the sanction, Ms. Ambarchyan shall pay Defendant reasonable attorney's fees, and the parties shall file a joint statement indicating Ms. Ambarchyan completed the payment within 14 days. If the parties cannot agree on the measure of the sanction, Defendant instead may file a motion for an award of fees, in addition to fees incurred to file the motion, within 21 days.

**IT IS SO ORDERED.**